Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorney for Plaintiff and Proposed Class*

Martin H. Orlick, SBN 083908
Stuart K. Tubis, SBN 278278
**JEFFER MANGELS BUTLER & MITCHELL LLP**
Two Embarcadero Center, 5th Floor
San Francisco, California 94111-3813
Telephone: (415) 398-8080
Facsimile: (415) 398-5584

*Attorneys for Defendant Noriega Furniture*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULISSA COTA, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>NORIEGA FURNITURE, a California corporation; and DOES 1 to 10, inclusive,<br><br>　　　　　　Defendants. | Case No.: 3:20-cv-2045-AJB (KSC)<br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>Hon. Anthony J. Battaglia<br>Courtroom: 4A<br><br>Complaint filed: October 16, 2020<br>Trial Date: None set |

1
JOINT MOTION TO DISMISS WITH PREJUDICE

**TO THE COURT, AND TO ALL PARTIES AND COUNSEL OF RECORD:**

Pursuant to Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), Plaintiff JULISSA COTA and Defendant NORIEGA FURNITURE. by and through their respective attorneys, submit this joint motion to request the dismissal of the above-captioned case, in its entirety and with prejudice, each party to bear her or its own attorneys' fees and costs.

Dated: April 12, 2021        Respectfully Submitted,

*/s/ Thiago Coelho*
Thiago Coelho, Esq.
**WILSHIRE LAW FIRM**
*Attorney for Plaintiff and Proposed Class*

Dated: April 12, 2021        Respectfully Submitted,

*/s/ Martin H. Orlick*
Martin H. Orlick, Esq.
Stuart K. Tubis, Esq.
**JEFFER MANGELS BUTLER & MITCHELL LLP**
*Attorney for Defendant Noriega Furniture*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 12, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: April 12, 2021                    */s/ Thiago Coelho*
                                                              Thiago Coelho, Esq.