UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULISSA COTA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NORIEGA FURNITURE, a California corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.:  3:20-cv-2045-AJB (KSC)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>(Doc. No. 27) |

///
///
///
///
///
///

| | |
|---|---|
| 1 | Upon due consideration, good cause appearing, the Court GRANTS the joint motion and DISMISSES this action in its entirety with prejudice. Each party must bear its own costs and attorneys' fees. The Clerk of Court is instructed to terminate all pending motions and deadlines and close the case. |

**IT IS SO ORDERED.**

Dated: April 30, 2021

_/s/ Battaglia_
Hon. Anthony J. Battaglia
United States District Judge